

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

# MEMO ENDORSED

May 8, 2024

The below request is granted.  The pretrial conference, currently scheduled for May 14, 2024, at 10:30 AM, is hereby adjourned to **September 5, 2024, at 11:00 AM**.  The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through September 5, 2024, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated below.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ 5/9/2024

**By ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Ahmed Altorei, et al.*, S1 23 CR 407 (LTS)

Dear Chief Judge Swain,

The Government writes on behalf of the parties to request respectfully an adjournment of the conference scheduled for May 14, 2024 to a date and time of convenience to the Court during the week of Tuesday, September 3, 2024.  The parties are engaged in the active review of previously disclosed discovery and anticipate progressing through that work as well as discussions concerning any possible pretrial motions and dispositions during the forthcoming weeks.  With the defendants' consent, the Government requests respectfully that the Court also exclude time under the Speedy Trial Act from May 14, 2024 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendants in a speedy trial are outweighed here by the interest of the defendants in being able to continue their review of discovery and consider that discovery vis-à-vis any potential pretrial motions and any potential pretrial dispositions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*
Michael R. Herman
Thomas John Wright
Assistant United States Attorneys
(212) 637-2221 / 2295

cc: Lance Lazzaro (Counsel to Defendant Ahmed Altorei) (by ECF)
   Christine Delince and John Diaz (Counsel to Defendant Samuel Bautista) (by ECF)
   Patrick Joyce (Counsel to Defendant Ronald Coradin) (by ECF)