UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                           No.   23-CR-407-LTS-3

RONALD CORADIN,

       Defendant.

-------------------------------------------------------x

ORDER

The Court has received a letter from defendant Ronald Coradin, who is represented by counsel. The Court does not act on pro se submissions by persons who are represented. S.D.N.Y. Loc. Crim. R. 49.2. The Court will file the letter under seal and send a copy of the submission to Mr. Coradin's counsel.

    SO ORDERED.

Dated: New York, New York
       February 25, 2025

                                                                                         __/s/ Laura Taylor Swain_____
                                                                                         LAURA TAYLOR SWAIN
                                                                                         Chief United States District Judge