# Patrick J. Joyce Esq.

Attorney at Law
70 Lafayette Street, 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:

658 Ridgewood Road
Maplewood, NJ 07040

<u>**MEMO ENDORSED**</u>

April 3, 2025

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: <u>**United States v. Ronald Coradin, 23-cr-407**</u>
Request to Amend Motion Schedule

Dear Judge Swain,

    I write as counsel for the defendant, Ronald Coradin, in the above-listed matter to respectfully request that the Court hold in abeyance the current motion schedule until a new schedule can be established. Recently, new counsel was assigned to the co-defendant, Samuel Bautista, and we understand that, as a result, the existing schedule will require modification.

    Accordingly, we request that the Court amend the original schedule and set motion deadlines after the parties have had the opportunity to confer amongst themselves and with the Court. We anticipate submitting a proposed amended schedule within the next two weeks. I have spoken with AUSA Thomas Wright, and he does not object to this request.

    Thank you for your time and consideration. Please let us know if the Court requires any further information.

Respectfully submitted,

/s/ Patrick Joyce
Patrick Joyce

---

The foregoing request is granted. The deadline for pretrial motions, previously set for April 4, 2025, is adjourned as to all defendants <u>sine die</u>. The parties are directed to meet and confer, and, by **April 18, 2025**, to propose a new schedule for pretrial motions, and, to the extent necessary, a new date for trial, which the Court understands will require an estimated 4 weeks.
Docket entry no. 63 is resolved.
SO ORDERED.
April 3, 2025
/s/ Laura Taylor Swain, Chief USDJ