UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES


   -v-                                                     No.   23-CR-407-LTS

AHMED ALTOREI, SAMUEL BAUTISTA,
and RONALD CORADIN,


       Defendants.

--------------------------------------------------------x

ORDER

     Pending before the Court are a motion filed by Defendant Samuel Bautista

seeking certain pretrial relief (docket entry no. 69) and the motions of Defendants Ahmed Altorei

and Ronald Coradin[1] to join in Mr. Bautista's motion (docket entry no. 72, 76).

     Mr. Bautista, in part, requests:

> [A]n Order disclosing statements of co-conspirators and directing
> disclosure of all material tending to exculpate the defendant, as well as
> material that would substantially impeach the credibility of Government
> witnesses, pursuant to Brady v. Maryland, 373 U.S. 82 (1963), Kyles v.
> Whitley, 514 U.S. 419 (1995) and Giglio v. United States, 405 U.S. 150
> (1972)[.]

(Docket entry no. 69 at 1 ¶ 3.)  In his reply briefing, Mr. Bautista specifies materials that he

asserts must be disclosed to him pursuant to the Government's obligations under Brady and its

progeny.  (Docket entry no. 75 at 4.)

---

[1]    On June 12, 2025, counsel for Mr. Coradin submitted by email a motion to join Mr.
Bautista's motion and stated his intention to file the motion on the public docket the
following morning.  As of the date of this Order, and despite the Court's request by
email, counsel has not yet filed said motion.

Because Mr. Bautista did not include these specific allegations in his opening brief, and therefore allow the Government an opportunity to respond, the Government is hereby afforded until **August 8, 2025**, to file a response to Mr. Bautista's <u>Brady</u>-focused contentions.

SO ORDERED.

Dated: New York, New York
      July 29, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge