UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         -against-<br><br>RONALD CORADIN,<br><br>                    Defendant. | 23-CR-407-3-LTS |

ORDER

        ORDER as to (23-Cr-407-3) Ronald Coradin. The Court received a letter from Mr. Coradin requesting a change of counsel, which has been docketed on ECF at docket entry no. 82. Defense counsel is instructed to discuss the letter with Mr. Coradin. The Court will hold a conference on September 8, 2025, at 11:30 AM in Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007), Courtroom 17C, at which any necessary application for change of counsel can be made.

        The Clerk of Court is directed to mail a copy of this Order to Mr. Coradin at the address listed below.

        SO ORDERED.

Dated: New York, New York
      August 22, 2025

                                                           /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                           Chief United States District Judge

Mail to:

Mr. Ronald Coradin
MDC Brooklyn
P.O. Box 329002
80 29th St
Brooklyn, NY 11232