UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                                                                 No.   23-CR-407-LTS-3

RONALD CORADIN,

         Defendant.

-------------------------------------------------------x

## ORDER

On August 27, 2025, counsel for Ronald Coradin filed a motion (docket entry no. 84 (the "Coradin Motion" or "Motion")) to join in co-defendant Samuel Bautista's June 12, 2025 motion seeking certain pretrial relief (docket entry no. 69).

Defense pretrial motions were due to be filed on June 12, 2025.  (Docket entry no. 66.)  On that date, counsel for Mr. Coradin emailed the Coradin Motion to the Court and the Government and stated his intention to file the Motion on the public docket the following morning.  Because counsel failed to file the Motion following his email communication, on July 25, 2025, the Court requested by email that counsel promptly file the Motion, and, on July 29, 2025, the Court noted the deficiency in an order concerning briefing on the then-pending Bautista motion.  (Docket entry no. 77 at 1 n.1.)

On August 15, 2025, the Court resolved Mr. Bautista's motion and the motion of another co-defendant, Ahmed Altorei, to join Mr. Bautista's motion.  (Docket entry no. 79 (the "Memorandum Opinion and Order").)  Because counsel for Mr. Coradin had not filed the Coradin Motion by that date, the Court disregarded counsel's June 12th email submission.  (Memorandum Opinion and Order at 3 n.1.)

In view of the foregoing, the Coradin Motion—filed well after the pretrial motion cutoff date, two reminders by the Court that the email submission did not yet appear on the public docket, and resolution of the motion that Mr. Coradin seeks to join—is untimely. Were the Court to consider the Coradin Motion on the merits, it would nevertheless be denied for the reasons stated in the Court's August 15th Memorandum Opinion and Order.

The next hearing in this case for Mr. Coradin is scheduled for **September 8, 2025, at 11:30 AM** in Courtroom 17C. (Docket entry no. 83.) This Order resolves docket entry no. 84.

SO ORDERED.

Dated: New York, New York
August 28, 2025

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge