UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                      No.  23-CR-407-LTS-3

RONALD CORADIN,

        Defendant.

-------------------------------------------------------x

### SCHEDULING ORDER

The next conference in this case for Mr. Coradin, previously scheduled for September 8, 2025, at 11:30 AM (docket entry no. 85), is hereby adjourned to **September 11, 2025, at 11:00 AM** in Courtroom 17C.

      SO ORDERED.

Dated: New York, New York
       September 5, 2025

                                                                                           /s/ Laura Taylor Swain
                                                                                    LAURA TAYLOR SWAIN
                                                                                    Chief United States District Judge