UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                  No.   23-CR-407-LTS-3

RONALD CORADIN,

        Defendant.

-------------------------------------------------------x

ORDER

Patrick J. Joyce is relieved as CJA counsel for Defendant Ronald Coradin.

Thomas H. Nooter is now appointed as CJA counsel for Mr. Coradin in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
       September 11, 2025

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge