UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                  No.   23-CR-407-LTS

AHMED ALTOREI, SAMUEL BAUTISTA,
and RONALD CORADIN,

        Defendants.

-------------------------------------------------------x

## ORDER

Before the Court is Defendant Samuel Bautista's motion to compel disclosure of requested discovery materials, including the Government's intention to use at trial any recorded telephone calls and accompanying expert translations, all files from surveillance systems capturing certain videos and images that the Government previously disclosed, and material relating to the Government's obligations under Brady v. Maryland, 373 U.S. 83 (1963), and Kyles v. Whitley, 514 U.S. 419 (1995).  (Docket entry no. 92.)

In light of the Government's representations and for the reasons stated on the record of the pretrial conference held on November 19, 2025, Defendant's motion is denied. This order resolves docket entry no. 92.

SO ORDERED.

Dated: New York, New York
       November 25, 2025

                                                       /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge