**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------- x

UNITED STATES OF AMERICA,     :

    :

  -against-     :

    :

AHMED ALTOREI, SAMUEL BAUTISTA,   :
and RONALD CORADIN     :

    :

         Defendants.     :

------------------------------- x

ORDER

23 Crim. 407 (GBD)

GEORGE B. DANIELS, United States District Judge:

A pretrial conference is hereby scheduled for January 15, 2026, at 10:15 a.m. in Courtroom

11A, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York

10007.

Dated: New York, New York
     December 1, 2025

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge