**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

        -against-

AHMED ALTOREI, SAMUEL BAUTISTA, and
RONALD CORADIN,

        Defendants.

------------------------------------x

        ORDER

    23 Crim. 407 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled for January 15, 2026 at 10:15 a.m. is hereby adjourned to January 22, 2026 at 10:00 a.m.

Dated:  New York, New York
       January 15, 2026

                SO ORDERED.

                _George B. Daniels_
                GEORGE B. DANIELS
                United States District Judge